**Mark D. Alleman, OSB No. 981745,** alleman@ahmrt.com
**Christopher S. Tuttle, OSB No. 993858**, tuttle @ahmrt.com
**Per J. Enfield, OSB No. 083157,** enfield@ahmrt.com
Alleman Hall McCoy Russell & Tuttle LLP
806 SW Broadway, Suite 600
Portland, OR 97205
Telephone:  (503) 459-4141
Facsimile:  (503) 459-4142

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **T.M. Designworks, LLC,** an Oregon corporation, | Case No. <u>1:11-CV-3016-PA</u> |
| Plaintiff, | |
| vs. | **PLAINTIFF'S CONSENTED MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| **Scott U.S.A. Inc.,** a Delaware corporation, and **Acerbis Italia S.p.A.** an Italian corporation **Acerbis USA Inc.** an Idaho corporation | |
| Defendants. | |

Plaintiff moves the Court to extend the deadline for Defendants to file an Answer or otherwise respond to the Complaint in this action by fourteen (14) days to allow for continued settlement

discussions. On July 28, 2011, Plaintiff filed a Plaintiff's Consented Motion to Extend Defendant's Time to Answer or Otherwise Respond to Complaint. On July 29, 2011, the Motion was granted, making the deadline to file an Answer August 12, 2011. Plaintiffs now request that the Court extend this deadline by fourteen (14) days to August 26, 2011.

In the event an Answer is filed, the parties anticipate filing a joint motion to amend the discovery and pretrial schedule set forth in the Discovery and Pretrial Scheduling Order.

Defendants' attorney, Don Degnan, of Holland & Hart LLP, One Boulder Plaza, 1800 Broadway, Suite 300, Boulder, CO 80302, who has not yet filed an appearance in this action, consented to this motion.

|  |  |
|---|---|
| Dated: August 11, 2011 | /s/ Mark D. Alleman<br>Mark D. Alleman, OSB No. 981745<br>Christopher S. Tuttle, OSB No. 993858<br>Per J. Enfield, OSB No. 083157<br><br>(503) 459-4141<br>(503) 459-4142 (FAX)<br><br>Attorneys for Plaintiff T.M. Designworks, LLC. |

SO ORDERED,

Date: _____          _____
                                Honorable Owen M. Panner
                                U.S. District Court Judge